**Order entered August 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00167-CV

### SARAH GREGORY AND NEW PRIME, INC., Appellants

### V.

### JASWINDER CHOHAN, ET AL, Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-15-02925-E**

## ORDER

As ordered to do so, appellants have filed written verification they have paid for the clerk's record. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file the record no later than August 13, 2018.

/s/    DAVID EVANS
         JUSTICE